Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 100 (AKH)

MICHAEL CONNOLLY (AND WIFE,            Index No.: 06-CV-14567
ELIZABETH CONNOLLY),
                                       **NOTICE OF ADOPTION OF ANSWER**
                        Plaintiff(s),  **TO MASTER COMPLAINT**

     -against-                         **ELECTRONICALLY FILED**

A RUSSO WRECKING, *et al.*,

                        Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       November 8, 2007

>       Yours etc.,
>
>       McGIVNEY & KLUGER, P.C.
>       Attorneys for Defendant
>       PHILLIPS & JORDAN, INC.
>
>       By: _____
>       Richard E. Leff (RL-2123)
>       80 Broad Street, 23rd Floor
>       New York, New York 10004
>       (212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site
      Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel

2